■ Sadaf Azeem, Appellant, v Bertha M. Cava, Respondent. [938 NYS2d 817]—

The plaintiff pedestrian was crossing the street in a crosswalk with the traffic light in her favor when she was struck by the defendant's vehicle as it was making a left turn. The plaintiff made a prima facie showing of her entitlement to judgment as a matter of law by submitting evidence that the defendant failed to yield the right-of-way in violation of Vehicle and Traffic Law § 1112 (a), and that she looked for approaching traffic before she began to cross the street and was free from comparative fault (*see Martinez v Kreychmar,* 84 AD3d 1037, 1038 [2011]; *Lariviere v New York City Tr. Auth.,* 82 AD3d 1165, 1166 [2011]; *Rosenblatt v Venizelos,* 49 AD3d 519, 520 [2008]). However, in opposition to the motion, the defendant raised a triable issue of fact as to whether the plaintiff was comparatively at fault (*see Thoma v Ronai,* 82 NY2d 736, 737 [1993]; *Yi Min Feng v Jin Won Oh,* 71 AD3d 879, 880 [2010]).

Accordingly, the Supreme Court properly denied the plaintiff's motion for summary judgment on the issue of liability. Rivera, J.P., Eng, Hall and Sgroi, JJ., concur.